IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 12-20134-01-KHV-DJW |
| | ) |
| **MARCOS BOWMAN**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDICTMENT

The Grand Jury charges:

<u>Introduction</u>

At all times relevant to this indictment:

1.  Marcos Bowman, the defendant, was the sole owner of BCK Drywall, LLC, which had been in operation in the Kansas City metropolitan area since 2006.

2.  BCK Drywall, LLC installed drywall on new commercial building projects such as hotels and apartment buildings.  The defendant oversaw all aspects of his business including contracts, labor, income, and expenses.

3.  During calendar years 2007, 2008, and 2009, BCK Drywall, LLC's bank account was with one financial institution and the defendant had sole signature authority over that account.

4.  For calendar year 2007, approximately $2,537,417 was deposited into BCK Drywall, LLC's bank account.

5.  For calendar year 2008, approximately $3,593,023 was deposited into BCK

Drywall, LLC's bank account.

6. For calendar year 2009, approximately $2,150,568 was deposited into BCK Drywall, LLC's bank account.

7. For calendar years 2007, 2008, and 2009, the defendant failed to file income tax returns and failed to file Form 1120 with the Internal Revenue Service regarding BCK Drywall, LLC's income.

## Counts 1-3

8. The Grand Jury reincorporates paragraphs 1 through 7 of the Introduction as though fully set out herein.

9. During calendar years 2007, 2008, and 2009, the defendant,

### MARCOS BOWMAN,

a resident of Olathe, Kansas, had and received taxable income in the amounts listed below, and upon that taxable income, there was owing to the United States of America income tax in the amounts listed below. The defendant, knowing he had taxable income for each of these calendar years and knowing he owed income tax for each of these calendar years, failed to file an income tax return for each of these calendar years to any proper officer of the Internal Revenue Service, and failed to pay to the Internal Revenue Service the income tax due and owing.

| Count | Date Return Due | Type of Tax Return | BCK Drywall, LLC Gross Receipts | Taxable Income | Tax Due |
|-------|-----------------|--------------------|----------------------------------|----------------|---------|
| 1 | April 16, 2008 | Form 1040 | $ 2,444,489 | $ 300,127 | $ 85,110 |
| 2 | April 15, 2009 | Form 1040 | 3,473,748 | 665,968 | 211,686 |
| 3 | April 15, 2010 | Form 1040 | 2,104,084 | 277,377 | 76,677 |

10.  On or about the dates below, in the District of Kansas, the defendant,

MARCOS BOWMAN,

willfully attempted to evade and defeat the income tax due and owing by him to the

United States of America for each of the calendar years through the following affirmative

acts of evasion:

a.  In October 2007, the defendant purchased a residence in Olathe,

Kansas, in the name of his then-girlfriend.  The defendant wire-transferred

approximately $51,000 from the BCK Drywall, LLC account to his girlfriend's

personal bank account, which was used as the down payment for this real estate

purchase that totaled approximately $355,000.  Each month after the purchase,

the defendant issued checks from the BCK Drywall, LLC account to his girlfriend,

which covered the utilities for the residence.  By June 2008, the defendant had

issued sufficient funds from the BCK Drywall, LLC account to the finance

company to pay off the mortgage for the residence.

b.  On or about May 16, 2008, the defendant had his girlfriend transfer the

Olathe home to the mother of his children as the trustee of a trust, which was

accomplished through a recorded warranty deed.  On that same date, the mother

of the defendant's children recorded a Declaration of Trust stating she held title to

the property in trust for others.

c.  On or about December 23, 2005, the defendant purchased a

2005 Chevrolet in the name of his girlfriend with an automobile loan.  On

May 13, 2009, the defendant issued a BCK Drywall, LLC check in the

amount of approximately $8,350.36 to the finance company with the

vehicle titled in his girlfriend's name.

d.  On or about June 2, 2008, the defendant issued a BCK Drywall, LLC check in the amount of approximately $15,000 to a car dealership in connection with the purchase of a 2008 Lincoln Navigator by the defendant's girlfriend.  The defendant subsequently issued funds from the BCK Drywall, LLC account in the amount of approximately $47,758.10 to pay the balance owed by May 2009.

e.  On or about July 14, 2008, the defendant issued a BCK Drywall, LLC check in the amount of approximately $25,000 to a car dealership in connection with the purchase of a 2008 Ford pick-up truck by the defendant's girlfriend.  The defendant subsequently issued funds from the BCK Drywall, LLC account in the amount of approximately $17,000 to pay the balance owed by May 2009.

f.  Beginning in or about April 2007, through in or about December 2008, the defendant paid for personal expenses through the BCK Drywall, LLC account.  During this time, the defendant issued checks from the BCK Drywall, LLC account to his girlfriend to pay household expenses, utility bills, car payments, and mortgage payments.

g.  Beginning on or about May 31, 2008, through on or about December 11, 2009, the defendant issued checks on the BCK Drywall, LLC account to the wife of an employee that totaled approximately $171,660, with those funds destined for transfer to a purported relative of the defendant in Mexico.

11.  This was all in violation of Title 26, United States Code, Section 7201.

A TRUE BILL.

Dated: <u>October 31, 2012</u>                                   <u>s/Foreperson</u>
                                                                            FOREPERSON

 <u>s/Scott C. Rask, #15643 for</u>
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
(913) 551-6730
(913) 551-6541 (fax)
Barry.Grissom@usdoj.gov
Ks. S. Ct. No. 10866

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

Penalties:

Cts. 1-3:      NMT 5 years imprisonment; NMT $250,000 or 2xgain or 2xloss
fine; NMT 3 years supervised release; $100 special assessment;
costs of prosecution